EVA W. BALLENTINE, complainant-appellant,

*v.*

ALLEN D. B. BALLENTINE, defendant-respondent.

[Decided January 23d, 1933.]

224

*Mr. E. Garfield Gifford,* for the appellant.

*Messrs. Kalisch & Kalisch (Mr. Samuel Kalisch, Jr.,* of counsel), for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Advisory Master Reed.

*For affirmance*—The Chancellor, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Brogan, Heher, Kays, Hetfield, Wells, Kerney, JJ. 13.

*For reversal*—None.